E-FILED; Anne Arundel Circuit Court
Docket: 7/17/2020 10:37 AM; Submission: 7/17/2020 10:37 AM

| | | |
|---|---|---|
| ALLEN ARONSTEIN<br>7719 Locust Grove Road<br>Glen Burnie, Maryland 21060 | * | IN THE |
| | * | CIRCUIT COURT |
| and | * | FOR |
| PATTY SOPPE<br>7719 Locust Grove Road<br>Glen Burnie, Maryland 21060 | * | ANNE ARUNDEL COUNTY |
| | * | |
| Plaintiffs | * | Case No. C-02-CV-20-001477 |
| v. | * | |
| LOWE'S HOME IMPROVEMENT, LLC<br>6650 Ritchie Highway Route 2<br>Glen Burnie, Maryland 21061 | * | |
| | * | |
| <u>SERVE ON: Resident Agent</u>:<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | * | |
| | * | |
| | * | |
| and | * | |
| LOWE'S HOME CENTERS, LLC<br>6650 Ritchie Highway Route 2<br>Glen Burnie, Maryland 21061 | * | |
| | * | |
| <u>SERVE ON: Resident Agent</u>:<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | * | |
| | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * *

**COMPLAINT AND ELECTION FOR JURY TRIAL**

Plaintiffs, Allen Aronstein and Patty Soppe, by and through their attorneys, Jeffrey S. Quinn, and Bekman, Marder & Adkins LLC, hereby sue Defendants, Lowe's Home Improvement, LLC and Lowe's Home Centers, LLC, and, in support thereof, states as follows:

**The Parties**

1. Plaintiff, Allen Aronstein, is a resident of Anne Arundel County, Maryland.

2. Plaintiff, Patty Soppe, is a resident of Anne Arundel County, Maryland.

3. Defendants, Lowe's Home Improvement, LLC and Lowe's Home Centers, LLC (hereinafter "Lowe's"), are business entities formed and existing under the laws of the State of North Carolina, which, at all relevant times, is and was regularly doing business in the State of Maryland, transacting business and carrying on regular business at a Lowe's Home Improvement store located at 6650 Ritchie Hwy Route 2, Glen Burnie, MD 21061.

**Jurisdiction and Venue**

4. The amount of this claim exceeds Thirty Thousand Dollars ($30,000.00).

5. Venue is proper in the Circuit Court for Anne Arundel County, Maryland as all of the events giving rise to this claim occurred in Anne Arundel County, Maryland.

**Duty of Defendants**

6. At all relevant times, Defendants, Lowe's, by and through their agents, apparent agents, servants, and/or employees, owned, operated, controlled, managed, maintained, possessed, leased, and/or was otherwise legally responsible for the care, control, maintenance, and/or safety of the property known as Lowe's Home Improvement located at 6650 Ritchie Hwy Route 2, Glen Burnie, MD 21061.

7. At all relevant times, Defendants, by and through their agents, apparent agents, servants, and/or employees, owed a duty of care to Plaintiff, Allen Aronstein, as an invitee and occupant of the property, which duty included, but was not limited to, the duty to take such precautions as were reasonably necessary to exercise due care in the performance of its business operations, to safely and properly operate all machinery including its forklifts, to warn of any

intended movements of the forklift, to properly and safely perform their loading operations, to protect Plaintiff from unreasonable risks of harm, to warm Plaintiff of all unreasonable risks of harm, to not injure Plaintiff, to not strike Plaintiff with their forklift, and to properly train and supervise their employees.

**Facts**

8. On or about May 4, 2019, Allen Aronstein went to the Lowe's store located at 6650 Ritchie Hwy Route 2, Glen Burnie, MD 21061 to purchase garden supplies.

9. After some conversation with a saleswoman in the garden center, Mr. Aronstein decided to purchase a pallet of mulch.

10. The saleswoman offered to have an employee load the pallet of mulch into Mr. Aronstein's truck with a forklift.

11. The saleswoman then asked Mr. Aronstein to drive his truck around to the side of the building where he was met by the saleswoman and the forklift operator.

12. Based upon information and belief, Plaintiffs believes the forklift operator was named "Patrick."

13. The saleswoman and the forklift operator worked together to try and load the pallet of mulch into Mr. Aronstein's truck. However, they were having difficulty loading the pallet all the way into Mr. Aronstein's truck.

14. After several attempts, the forklift operator decided to put up a board to help push the pallet into the truck.

15. The saleswoman was attempting to hold up the board, but she kept dropping the board.

16. The saleswoman and the forklift operator then had Mr. Aronstein hold the board.

17. Suddenly, and without warning, the forklift operator then moved the forklift forward.

18. The forklift operator missed the board and the pallet, and instead, struck Mr. Aronstein's finger.

19. The forklift operator then drove Mr. Aronstein's finger and the forks into the bag of mulch.

20. Mr. Aronstein was subsequently required to undergo a partial amputation of his pinky finger.

21. Mr. Aronstein continues to suffer from pain, numbness, sensitivity, and difficulty with his activities of daily living, among other injuries.

22. At all relevant times, the saleswoman, the forklift operator, and "Patrick," were the agents, apparent agents, servants, and/or employees of Defendants, and were acting within the scope of their employment or agency.

**Count I – Negligence**

23. Plaintiff, Allen Aronstein, adopts and incorporates by reference herein all proceedings paragraphs, including all allegations of fact, duty, negligence, injury, and damages, as are more fully set forth in this Complaint.

24. Defendants, by and through their agents, apparent agents, servants, and/or employees, were negligent and careless in the following respects:

a. failed to operate the forklift in a safe and reasonable manner;

b. failed to maintain proper control over the forklift;

c. failed to avoid a collision;

d. failed to keep a proper lookout;

 e. failed to use ordinary care in the operation of the forklift;

 f. operated the forklift at a time and place where Plaintiff was exposed to an unreasonable risks of injury;

 g. failed to observe the presence and proximity of Plaintiffs;

 h. failed to warn Plaintiff of the intended movement of the forklift so that Plaintiff could take reasonable and necessary precautions for his own safety;

 i. failed to use reasonable care to ensure the safety of Plaintiff in the performance of Defendants' loading operations on Defendants' premises;

 j. failed to safely and properly load the pallet of mulch onto Plaintiffs' truck;

 k. failed to properly train their employees using the forklifts;

 l. failed to properly supervise their employees using the forklifts; and

 m. were otherwise negligent and careless.

25. As a direct and proximate result of the negligence of Defendants, Plaintiff suffered serious and permanent physical injuries, for which he has incurred and will continue to incur substantial medical bills; has endured and will continue to endure emotional, mental, and psychological pain and suffering; has suffered other financial losses, including lost time from work; and was otherwise injured and damaged.

WHEREFORE, Plaintiff, Allen Aronstein, claims damages against Defendants in an amount exceeding seventy-five thousand dollars ($75,000.00) to be determined by a jury, with all costs to be paid by Defendants.

**Count II -- Loss of Consortium**

26. Plaintiffs, Allen Aronstein and Patty Soppe, adopt and incorporate by reference herein all proceedings paragraphs, including all allegations of fact, duty, negligence, injury, and damages, as are more fully set forth in this Complaint.

27. As a direct and proximate result of the negligence of Defendants, by and through their agents, servants, employees, or apparent agents, Plaintiffs, Allen Aronstein and Patty Soppe, as husband and wife, have been caused to suffer severe mental anguish and emotional pain, and have lost and been deprived of the advice, aid, assistance, attention, care, comfort, companionship, counsel, services, society, and support of each other.

WHEREFORE, Plaintiffs, Allen Aronstein and Patty Soppe, claim damages against Defendants in an amount exceeding seventy-five thousand dollars ($75,000.00) to be determined by a jury, with all costs to be paid by Defendants.

/s/

Jeffrey S. Quinn (CPF#: 1212130007)
quinn@bmalawfirm.com
Bekman, Marder & Adkins, L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

***Attorneys for Plaintiffs***

| | | |
|---|---|---|
| ALLEN ARONSTEIN<br>7719 Locust Grove Road<br>Glen Burnie, Maryland 21060 | *<br>* | IN THE<br>CIRCUIT COURT |
| and | * | FOR |
| PATTY SOPPE<br>7719 Locust Grove Road<br>Glen Burnie, Maryland 21060 | *<br>* | ANNE ARUNDEL COUNTY |
| Plaintiffs | * | Case No. C-02-CV-20-001477 |
| v. | * | |
| LOWE'S HOME IMPROVEMENT, LLC<br>6650 Ritchie Highway Route 2<br>Glen Burnie, Maryland 21061 | *<br>* | |
| SERVE ON: Resident Agent:<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | *<br>*<br>* | |
| and | * | |
| LOWE'S HOME CENTERS, LLC<br>6650 Ritchie Highway Route 2<br>Glen Burnie, Maryland 21061 | *<br>* | |
| SERVE ON: Resident Agent:<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | *<br>*<br>* | |
| Defendants | * | |

* * * * * * * * * * *

**ELECTION FOR JURY TRIAL**

Plaintiffs, Allen Aronstein and Patty Soppe, by and through their attorneys, Jeffrey S. Quinn, and Bekman, Marder & Adkins LLC, respectfully request a trial by jury in the above captioned matter.

/s/

Jeffrey S. Quinn (CPF#: 1212130007)
quinn@bmalawfirm.com
Bekman, Marder & Adkins, L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

***Attorneys for Plaintiffs***

**CERTIFICATE OF COMPLIANCE WITH RULE 20-201(F)**

I hereby certify that this filing does not contain any restricted information.

/s/

JEFFREY S. QUINN (CPF#: 1212130007)